```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

JESSE AYALA,                      )
                                  )
           Plaintiff,             )          4:04CV3221
                                  )
     v.                           )
                                  )
PANHANDLE COMMUNITY SERVICES,     )          ORDER
                                  )
           Defendant.             )
                                  )

Upon consideration of the motion to intervene and to set for trial filed by the Bankruptcy Trustee, and upon learning from defendant's counsel that defendant does not oppose same,

IT IS ORDERED:

1. The motion of Philip M. Kelly, United States Bankruptcy Trustee, to intervene, filing 20, is granted.

2. The previous scheduling order, filing 13, is reinstated with the following amendments:

> a. Jury trial is set for 9:00 a.m., January 23, 2006 for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Djondric v. Schwab</u>, 4:05cv3142. Jury selection will be held at commencement of trial.
>
> b. The pretrial conference will be held December 19, 2005 at 10:00 a.m. before the undersigned magistrate judge.
>
> c. The deposition deadline is set for December 5, 2005 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.
>
> d. All other provisions of the court's order setting this case for trial shall remain in effect.

Dockets.Justia.com

DATED this 26th day of August, 2005.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge