THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE AYALA, | ) | 4:04CV3221 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PANHANDLE COMMUNITY SERVICES, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's[1] Motion to Dismiss With Prejudice (filing 23), defense counsel's representation that Defendant does not object to Plaintiff's motion, and Fed. R. Civ. P. 41, this action is dismissed with prejudice.

March 15, 2006.

                                          BY THE COURT:
                                          s/ *Richard G. Kopf*
                                          United States District Judge

---

[1] On August 26, 2005, United States Bankruptcy Trustee Philip M. Kelly was granted leave to intervene in this matter (filing 21). Plaintiff's motion to dismiss was filed on behalf of plaintiff Jesse Ayala and Philip M. Kelly, Bankruptcy Trustee.